UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARONTA T. LEWIS,

    Plaintiff,

  v.

DAVID HOWELLS, et al.,

    Defendants.

Case No. 23-cv-01616-AMO (PR)

**ORDER DISMISSING ACTION WITH PREJUDICE**

The Court has received a copy of the "Stipulation For Dismissal of Entire Action With Prejudice" pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by both parties. The signed stipulation states:

> Plaintiff Daronta T. Lewis and Defendant Contra Costa County stipulate that this action be dismissal with prejudice as to all defendants. Each side to bear its own fees and costs.
>
> This stipulation is submitted pursuant to Federal Rule of Civil Procedure, Rule 41 (a)(l)(A)(ii), and operates as a voluntary dismissal of the action.

Dkt. 21 at 1-2.

Accordingly, having been notified of this stipulation for voluntary dismissal, and it appearing that no issue remains for the Court's determination,

**IT IS HEREBY ORDERED THAT** this action and all claims asserted herein against all named defendants are **DISMISSED WITH PREJUDICE.**

The Clerk of the Court shall terminate any pending motions and close the file.

**IT IS SO ORDERED.**

Dated: February 7, 2024

_____
**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**